IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA, ET AL.     :     CIVIL ACTION
                    Plaintiff,       :
                                     :
          v.                         :
                                     :
                                     :     NO.  2:06-CV-1630
NOVARTIS PHARMACEUTICALS             :
CORPORATION                          :
                    Defendants.      :


ORDER

AND NOW, this 19th day of November 2010, upon consideration of the Motion

for Admission *Pro Hac Vice* of Nina M. Dillon, Esquire (Doc. 30) it is ORDERED that the

Motion is GRANTED and that Nina M. Dillon is admitted *pro hac vice* for the purpose of

representing Novartis Pharmaceuticals Corporation.


BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J