# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., DARRYL COPELAND, et al., : : : : Plaintiff, : : v. : : NOVARTIS PHARMACEUTICALS CORPORATION : : Defendant. : | Civil Action No. 06-CV-1630 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the September 29, 2010 Settlement Agreement among the United States, Novartis Pharmaceuticals Corporation (Novartis), and Relator Darryl Copeland (the Settlement Agreement), a copy of which was attached to the United States Notice of Intervention, the United States now:

(1) dismisses with prejudice all civil monetary claims asserted on behalf of the United States against Novartis concerning the Covered Conduct as defined in Preamble Paragraph G of the Settlement Agreement; and

(2) dismisses without prejudice to the United States all other claims.

Respectfully submitted,

ZANE D. MEMEGER
United States Attorney

*Margaret L Hutchinson*
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

Dated: 12/15/10

*Jacqueline C Romero*
JACQUELINE C. ROMERO
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street Suite 1250
Philadelphia, PA 19106
(215) 861-8301

SO ORDERED:

_____
HON. J. LEGROME D. DAVIS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify this 15th day of December, 2010, that a copy of the foregoing Stipulation of Dismissal was sent by First Class United States Mail, postage prepaid, to:

Don McKenna, Esq.
Hare, Wynn, Newell & Newton
The Massey Building, Suite 800
2025 Third Avenue North
Birmingham, AL 35203

Catherine Truman
Montana Attorney General
215 North Sanders
PO Box 201401
Helena, MT 59620-1401

Ronald H. Levine
Post & Shell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd
Philadelphia, PA 19103

Evan R. Chesler
Nina M. Dillon
Cravath, Swaine & Moore
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475

Karen F. Green
Wilmer Hale
60 State St.
Boston, MA 02109

_____
JACQUELINE C. ROMERO
Assistant United States Attorney