IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA, et al.,    :
ex rel. DARRYL COPELAND,         :      CIVIL ACTION
      Plaintiffs,                 :
                                :
      v.                        :
                                :
                                :      No. 06-1630
NOVARTIS PHARMACEUTICALS    :
CORPORATION,                :
      Defendant.               :


ORDER


AND NOW, this 14th day of January, 2011, the Court hereby ORDERS the parties to

provide the Court with a copy of each settlement agreement reached between them, except the

agreement filed as Exhibit A to the United States's Notice of Partial Intervention (Doc. No. 23),

for the Court's approval.  The false claims statutes of various Plaintiff-states mandate such

approval prior to dismissal.


                                   BY THE COURT:

                                   /S/LEGROME D. DAVIS

                                   Legrome D. Davis