IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES<br>ex rel,<br>DARRYL COPELAND<br><br>Plaintiff/Relator,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br><br>DEFENDANT. | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   06-CV-1630<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**FILED**
'JUN 1 3 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## RELATOR'S WAIVER OF HEARING

COMES NOW the Relator in the above-styled case, by and through his counsel of record, and waives his right to a hearing guaranteed by Florida statute §68.084(b).

Respectfully submitted,

*/s/ Don McKenna*

Don McKenna (ASB-6494-C66-D)
Scott A. Powell (ASB-7523-L60S)
Hare, Wynn, Newell and Newton, LLP
The Massey Bldg. Suite 800
2025 Third Avenue North
Birmingham, AL 35203
Tel: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com
scott@hwnn.com

Cynthia Forman Wilkinson
Wilkinson Law Firm
2125 Richard Arrington Jr. Blvd.
Suite 811

Page | 1

Birmingham, AL 35203
Tel: (205) 250-7866
wilkinsonefile@bellsouth.net

Anne Lampkin Durward
Massey, Stotser & Nichols
1780 Gadsden Hwy.
Birmingham, AL 35235
Tel: (205) 836-4586
adurward@msnattorneys.com

Attorneys for Plaintiff/Relator
Darryl Copeland

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record by placing the same in the United States Mail, postage prepaid and correctly addressed on this the 10th day of June 2011.

Jacqueline C. Romero
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8470
Fax: (215) 861-8618
jacqueline.romero@usdoj.gov

Jessica S. Champa
Department of Justice
Civil Division
P. O. Box 261
Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-2680
Fax: (202) 514-0280
Jessica.Champa@usdoj.gov

Evan R. Chesler
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue

**FILED**

JUN 1 3 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Page | 2

New York, NY 10019-7475
Tel: (212) 474-1000
Fax: (212) 474-3700
Attorneys for Novartis Pharmaceuticals Corporation

_____
Don McKenna